**SEALED CASE     CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE: SEYBERT,J.  DATE:  2/23/2018     TIME:  2:00**

**DOCKET NUMBER: CR 18-66        TITLE: USA-V-**

**DEFT NAME: ARTHUR SIURANO                         DEFT: #**
  **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

  **ATTY. FOR DEFT.: EVANS PRIESTON (BY PHONE)     C.J.A.**
         **X PRESENT         NOT PRESENT   X RET**


**A.U.S.A. MARK MISOREK              DEPUTY CLERK: CHARLES BARAN**

**COURT REPORTER:   X P. AUERBACH     E. COMBS       M. FOLEY**
  **F. GUERINO      P. LOMBARDI     M. STEIGER     D. TURSI**
  **O. WICKER**

 **X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.**

 **X  CASE ADJOURNED TO 3/22/2018 AT 11:00AM FOR STATUS CONFERENCE.**

 ___ **MOTION CONFERENCE HELD ON                  'S MOTION TO**

 ___ **ARGUMENT HEARD     ___ MOTION GRANTED.   ___ MOTION DENIED.**
                        ___ **DECISION RESERVED.**

 ___ **DECISION ENTERED INTO THE RECORD.**

 **X  SPEEDY TRIAL INFORMATION:**
     **CODE TYPE:  X-         START DATE:  2/23/2018    XSTRT**
                              **STOP DATE:   3/22/2018    XSTOP**

 **X  DEFT. CONTINUED IN CUSTODY.**

 ___  **BAIL SET AT**

 ___ **JURY SELECTION & TRIAL SCHEDULED FOR**

 ___ **MOTIONS TO BE MADE BY**

 ___ **RESPONSE BY GOVERNMENT BY**

 ___ **REPLY IF ANY BY**

 **X  OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO PLEA NEGOTIATIONS.**