**LAW OFFICE OF EVANS D. PRIESTON**
**ATTORNEY at LAW**
**47-40 21st Street, 10th Floor**
**Long Island City, NY 11101**
**718-424-2444 (o)**
**914-841-5555 (c)**

June 30, 2023

Hon. Joanna Seybert, U.S.D.J.
U.S. District Court
Eastern District of New York

      Re:    United States v. Arthur Siurano
               18 Cr. 66 (JS)

Dear Judge Seybert:

    I am writing to request an adjournment of Mr. Siurano's Sentencing.

    It is currently scheduled for July 12, 2023 at 3 pm. The parties have agreed to continue the sentencing to October 18, 2023 at 3 pm.

    Thank you.

                                                         Very truly yours,

                                                         *Evans D. Prieston*

                                                         Evans D. Prieston

cc:    Asst. U.S. Attorney Mark Misorek